IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JASON COPPOCK                                                                 PLAINTIFF

v.                              CASE NO. 4:17-CV-00662 BSM

TIM RYALS, et al.                                                          DEFENDANTS

## ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 5], plaintiff Jason Coppock's objections thereto [Doc. Nos. 9, 10], and the entire the record have been reviewed, and the proposed findings and recommendations are rejected. When Coppock's objections are viewed as a motion to amend his complaint, it is clear, based on Eighth Circuit precedent, that he has sufficiently alleged a remediable claim. *See Day v. Norris*, 219 F. App'x 608, 610 (8th Cir. 2007).

IT IS SO ORDERED this 28th day of November 2017.

_____
UNITED STATES DISTRICT JUDGE