# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JASON B. COPPOCK**                                                     **PLAINTIFF**

**v.**                 **CASE NO. 4:17-CV-00662 BSM**

**TIM RYALS, et al.**                                                    **DEFENDANTS**

## ORDER

A recommended disposition ("recommendation") [Doc. No. 41] filed by United States Magistrate Judge Jerome T. Kearney has been received. No objections have been filed. After careful review of the record, the recommendation is adopted. Defendants' motion and supplemental motion for summary judgment [Doc. Nos. 35, 40] are granted. The case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of October 2018.

                                                           _/s/ Brian S. Miller_
                                                         UNITED STATES DISTRICT JUDGE