IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JASON B. COPPOCK                                                                                PLAINTIFF

v.                              CASE NO. 4:17-CV-00662 BSM

TIM RYALS, et al.                                                                              DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of October 2018.

_____
UNITED STATES DISTRICT JUDGE